Illinois | New Jersey | New York | Ohio | Oregon

Javier L. Merino*
Direct Dial: 201-355-3440
Facsimile: 216-373-0536
Email: JMerino@DannLaw.com

February 9, 2018

**VIA ECF**
Magistrate Tonianne J. Bongiovanni
U.S. District Court- District of New Jersey
402 East State Street
Trenton, NJ 08608
Via Email: tjb_orders@njd.uscourts.gov

Re: *Duffy v. Wells Fargo Bank, N.A., 3:16-cv-04453*

Dear Judge Bongiovanni:

Please accept this letter as a request to adjourn the Case Management Conference (the "Conference") for sixty (60) days. The Conference is currently scheduled on Tuesday, February 13, 2018 at 11:00 a.m. However, part of Plaintiff's damages demand will involve a calculation in the difference between Defendant's current and prior loan modification offers, information which will likely not be available until after March 2018, which is when both parties hope and estimate a permanent loan modification will be offered to the Plaintiff. Plaintiff therefore respectfully requests that the Conference be adjourned to a date in April, 2018 that is favorable to the Court. Counsel for Defendant is agreeable to said request.

Respectfully Submitted,

/s/ Javier Merino
Javier Merino, Esq.
DannLaw

Cc: Aaron M. Bender, Esq. (via ECF)

*Handwritten order:* The in person settlement conference is hereby adjourned until April 19, 2018 at 2:00 p.m. Clients with full settlement authority in addition to counsel must attend the conference in person.

So Ordered this 9th day of February, 2018.